SALVATORE C. GUGINO, ESQ.
Nevada Bar No. 002268
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006210
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
Phone: 702-384-4012
Fax:    702-383-0701
sgugino@ocgas.com
tdillard@ocgas.com

Attorneys for Defendant
SILVER STATE SCHOOLS CREDIT UNION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * *

KENNETH CARLUTO

    Plaintiff,

SILVER STATE SCHOOLS CREDIT UNION, a
Nevada corporation, DOES 1-10, inclusive; ROE
CORPORATIONS 1-10, inclusive,

    Defendants.

CASE NO. 2:15-cv-02267-GMN-CWH

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff KENNETH CARLUTO, by and through his attorney, KIRK T. KENNEDY, ESQ. and the Defendant SILVER STATE SCHOOLS CREDIT UNION, by and through its counsel of record, SALVATORE C. GUGINO, ESQ., Of Counsel, of OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI that

. . .

. . .

. . .

. . .

. . .

. . .

each and every claim, counterclaim, cross-claim and third-party claim in this matter, be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 7th day of September, 2016.                    DATED this 7 day of September, 2016.

OLSON, CANNON, GORMLEY,                                   LAW OFFICE OF KIRK T. KENNEDY
ANGULO & STOBERSKI

By:  /s/ Salvatore C. Gugino, Esq.                        By:  /s/ Kirk T. Kennedy, Esq.
     SALVATORE C. GUGINO, ESQ.                                 KIRK T. KENNEDY, ESQ.
     Nevada Bar No. 002268                                     Nevada Bar No.
     THOMAS D. DILLARD, ESQ.                                   815 S. Casino Center Blvd.
     Nevada Bar No. 06210                                      Las Vegas, NV 89101
     9950 West Cheyenne Avenue                                 Telephone: (702) 385-5534
     Las Vegas, Nevada 89129                                   Facsimile: (702) 385-1869
     Tel.: (702) 384-4012                                      E-Mail: ktkennedylaw@gmail.com
     Fax: (702) 383-0701                                       Attorney for Plaintiff
     E-Mail: sgugino@ocgas.com
     E-Mail: tdillard@ocgas.com

Attorneys for Defendant
SILVER STATE SCHOOLS CREDIT UNION

## ORDER

IT IS SO ORDERED this   8   day of      September    , 2016.
IT IS FURTHER ORDERED that the Clerk of Court shall close the case.

_____
Gloria M. Navarro, Chief Judge
United States District Court